THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTY MCCURDY, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 17-cv-07073 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| GRANT & WEBER, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

I, the undersigned attorney, pursuant to Local Rule 83.17, respectfully requests leave to withdraw my appearance on behalf of Plaintiff Christy McCurdy ("Plaintiff").

I have ended my employment at the law firm of Community Lawyers Group, Ltd. Celetha C. Chatman and Michael J. Wood of Community Lawyers Group, Ltd. will remain counsel for Plaintiff. Allowing my appearance to be withdrawn will not delay or cause prejudice to any party in this litigation.

WHEREFORE, I, Sarah M. Barnes, respectfully request leave to withdraw my appearance on behalf of Plaintiff.

Respectfully submitted,

/s/*Sarah M. Barnes*
Sarah M. Barnes (6320267)
Lesser Lutrey Pasquesi & Howe, LLP
191 E Deerpath, Suite 300
Lake Forest, Illinois 60645
Ph: (847) 295-8800
barnes@llphlegal.com

## CERTIFICATE OF SERVICE

      I, an attorney, hereby certify that on July 8, 2018, I caused to be electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                /s/*Sarah M. Barnes*
                                                Sarah M. Barnes